UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-06523 JFW (DSR) Date: November 6, 2026

Title Hilario Martinez-Sanchez v. Markwayne Mullin, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER SETTING DEADLINE FOR RESPONSE TO FIRST AMENDED PETITION (DOC. NO. 10)**

Petitioner filed his Petition for Writ of Habeas Corpus on November 3, 2026. See Doc. No. 1. Later that day, the Clerk of Court served the Petition on Respondents pursuant to General Order 26-05, along with a Notice of that General Order. See Doc. No. 4. On November 6, 2026, however, Petitioner filed a First Amended Petition as a matter of right pursuant to Federal Rule of Civil Procedure 15. See Doc. No. 10. That First Amended Petition is now the operative pleading in this case, and supersedes the original Petition filed November 3rd.

The Court therefore directs Respondents to show cause in an Answer to the First Amended Petition why the writ of habeas corpus should not be granted. Such Answer must be filed no later than 7 days from the date of this Order. Any arguments that the First Amended Petition should be dismissed shall be made in the Answer and not by separate motion. Any Reply shall be filed no later than 3 days after the Answer is filed. If either of these deadlines fall on a weekend, holiday, or day the Court is closed, the deadline shall be the next business day on which the Court is open. The matter will stand submitted for final disposition upon the filing of the Reply. No hearing will be held unless the parties are notified by the Court. Unless inconsistent with this Order, all provisions of the Notice of General Order 26-05 and Briefing Schedule, Doc. No. 4 entered in this case on November 3, 2026, remain in full effect.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK